IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**MATTHEW VOGT,**                                    3:14-CV-01222-PK

        **Plaintiff,**                                ORDER

v.

**JEFFERSON COUNTY RECORDERS
OFFICE and KATE ZEMKE,**

        **Defendants.**

**BROWN, Judge.**

    Magistrate Judge Paul Papak issued Findings and Recommendation (#88) on November 2, 2016, in which he recommends this Court grant Defendants' Motion (#35) for Summary Judgment and dismiss this matter with prejudice. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. See *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). See also *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#88). Accordingly, the Court **GRANTS** Defendants' Motion (#35) for Summary Judgment and **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 2nd day of February, 2017.

*[signature]*

ANNA J. BROWN
United States District Judge